

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

2014 SEP 10 PM 1:47

DEPUTY CLERK _____

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 5-14CR0132-C |
| MUHAMMED RAFIQ | |

INDICTMENT

The Grand Jury Charges:

Count One
Possession with Intent to Distribute XLR11 and Aiding and Abetting
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); and 18 U.S.C. § 2)

On or about August 20, 2014, in the Lubbock Division of the Northern District of Texas and elsewhere, **Muhammed Rafiq**, defendant, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of 1-(5-Fluoropentyl)-3-(2,2,3,3-tetramethylcyclopropoyl)indole, also known as XLR11, a schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and Title 18, United States Code, Section 2.

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one of this indictment and pursuant to 21 U.S.C. § 853(a), defendant, **Muhammed Rafiq,** defendant, shall forfeit to the United States of America any property constituting, or derived from, any proceeds he obtained, directly or indirectly, as a result of the offense, and any of his property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

Pursuant to 21 U.S.C. § 853(p), if any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the said defendant up to the value of the forfeitable property described above.

TRUE BILL:

*[signature]*

FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*[signature]*

JUSTIN CUNNINGHAM
Assistant United States Attorney
Texas State Bar No. 24045260
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806.472.7559
Facsimile:   806.472.7394
E-mail:      justin.cunningham@usdoj.gov

**Rafiq**
**Indictment - Page 3**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

v.

MUHAMMED RAFIQ

INDICTMENT

COUNT 1: POSSESSION WITH INTENT TO DISTRIBUTE XLR11 AND AIDING AND ABETTING
Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(C); and Title 18 United States Code, Section 2.

(1 COUNT)

A true bill rendered:
Lubbock                                                                 Foreperson

Filed in open court this __10th__ day of __September__ .A.D. 2014.
                                                                              Clerk

**IN FEDERAL CUSTODY ON COMPLAINT – 5:14-MJ-128-BG**

UNITED STATES MAGISTRATE JUDGE